**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ANITA FAYE GOODWIN, Individually and as Independent Executrix of the Estate of CESARE G. SALANDRA, Deceased,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.: 3:22-cv-00579-K** |
| **vs.** | ) | |
| **SECURITY BENEFIT LIFE INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |

**JOINT CONSENT TO TRANSFER PURSUANT TO § 1404(b)**

Plaintiff Anita Fay Goodwin, Individually and as Independent Executrix of the Estate of Cesare G. Salandra, Deceased ("Plaintiff"), and Defendant Security Benefit Life Insurance Company ("Security Benefit") file this Joint Consent to Transfer this Case Pursuant to 28 U.S.C. § 1404(b) and the Court's Order (Doc. 11) and would show as follows:

1. Security Benefit removed this case to this Court on March 11, 2022 (Doc. 1).

2. The Parties have been ordered to conduct a Rule 26 scheduling conference and file a Joint Report on or before April 13, 2022 (Doc. 5).

3. On March 21, 2022, the Court issued an order indicating its intent to evaluate whether a transfer of this case to the Fort Worth Division of the Northern District of Texas was warranted under 28 U.S.C. § 1404(a) (Doc. 11). In the same Order, the Court indicated it would allow the Parties to be heard regarding the potential transfer. *Id.*

4. The Parties have conferred regarding this issue and consent to the transfer.

5. In the interest of efficiency, and in light of the Parties' consent to transfer, the Parties request their deadline to file the Joint Report be continued until such time as the Court determines whether to transfer the case to the Fort Worth Division.

For these reasons, Plaintiff Anita Fay Goodwin, Individually and as Independent Executrix of the Estate of Cesare G. Salandra, Deceased and Defendant Security Benefit Life Insurance Company respectfully request the Court continue their deadline to file a Joint Report pursuant to Rule 26 pending transfer of the litigation, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Melissa Gutierrez Alonso*
Melissa Gutierrez Alonso (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (tel)
713.576.0301 (fax)
malonso@bradley.com

David C. Miller (TX Bar No. 24110114)
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
214.257.9800 (tel)
214.939.8787 (fax)
dmiller@bradley.com
*Attorneys for Security Benefit Life Insurance Company*

By: /s/ *Richard H. Elliott (with permission)*
Richard H. Elliott
Law Offices of Richard Elliott
4709 West Lovers Lane, Suite 200
Dallas, Texas 75209
lawdallas@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13th , 2022, I electronically filed the foregoing Notice of Removal with the Clerk of Court and served a true and correct copy of the same on the following counsel via United States Mail, first class postage prepaid:

Richard H. Elliott
Law Offices of Richard Elliott
4709 West Lovers Lane, Suite 200
Dallas, Texas 75209
lawdallas@aol.com

*/s/ Melissa Gutierrez Alonso*
OF COUNSEL